AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Vincent Trinidad** <br> *Plaintiff(s)* <br><br> v. <br><br> **Hoooyi Inc.** <br> *Defendant(s)* | Civil Action No. 1:24-cv-21340-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hoooyi Inc.
Serve: Registered Agent
Lichun Zhou
7813 Raritan St.
Denver, CO 80221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAYLA T. NGUYEN
layla.nguyen@sriplaw.com
21301 Powerline Road Suite 100
Boca Raton, FL 33433
561-826-6924 - Telephone
561-404-4353 - Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 11, 2024



Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts